**FOR PUBLICATION**
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| WANDA GREENWOOD; LADELLE HATFIELD; DEBORAH MCCLEESE, on behalf of themselves and other similarly situated,<br><br>        *Plaintiffs-Appellees,*<br><br>v.<br><br>COMPUCREDIT CORPORATION and COLUMBUS BANK AND TRUST, jointly and individually,<br><br>        *Defendants-Appellants.* | No. 09-15906<br><br>D.C. No.<br>4:08-cv-04878-CW<br>Northern District of California,<br>Oakland<br><br>ORDER |

On Remand From The United States Supreme Court

Filed March 27, 2012

Before: Andrew J. Kleinfeld, A. Wallace Tashima, and
Sidney R. Thomas, Circuit Judges.

---

## ORDER

Pursuant to the Opinion of the Supreme Court in *CompuCredit Corp. v. Greenwood*, 565 U.S. ___, 132 S. Ct. 665 (2012), the district court's decision denying Defendants' motion to compel arbitration is VACATED. The matter is REMANDED for proceedings consistent with the Supreme Court's opinion.